1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   RICHARD E. ADAMS,                    No. C 10-03076 CW (PR)

9           Plaintiff,                   ORDER OF TRANSFER

10      v.

11  OFFICER MCCLURE, et al.,

12          Defendants.
    _____/

13

14      Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights

15  action pursuant to 42 U.S.C. § 1983 and a completed application for

16  <u>in forma pauperis status</u>.

17      When jurisdiction is not founded solely on diversity, venue is

18  proper in the district in which (1) any defendant resides, if all

19  of the defendants reside in the same State, (2) the district in

20  which a substantial part of the events or omissions giving rise to

21  the claim occurred, or a substantial part of property that is the

22  subject of the action is situated, or (3) a judicial district in

23  which any defendant may be found, if there is no district in which

24  the action may otherwise be brought.  <u>See</u> 28 U.S.C. § 1391(b).

25      The acts complained of occurred at the Chuckawalla Valley

26  State Prison, which is located in the Eastern Division of the

27  Central District of California, and it appears that Defendants

28  reside in that district.  Venue, therefore, properly lies in that

    district and not in this one.  <u>See</u> <u>id.</u>

1    Accordingly, in the interest of justice and pursuant to 28

2 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern

3 Division of the United States District Court for the Central

4 District of California.  The Clerk of the Court shall transfer the

5 case forthwith.

6    All remaining motion are TERMINATED on this Court's docket as

7 no longer pending in this district.

8    IT IS SO ORDERED.

9 Dated:  7/29/2010



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD E. ADAMS,

         Plaintiff,

  v.

MCCLURE et al,

         Defendant.

_____/

Case Number: CV10-03076 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard E. Adams G33436
Chuckawalla Valley State Prison
P.O. Box 2349
Blythe,  CA 92226

Dated: July 29, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3